PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Troy Mayes          **Docket Number:** 09-CR-272-001
                                                   **PACTS Number:** 39932

**Name of Sentencing Judicial Officer:** HONORABLE GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE WD/PA (Jurisdiction transferred on 04-20-09 & assigned to USDJ Stanley R. Chesler)

**Date of Original Sentence:** December 10, 2004 (sentence amended on July 2, 2007)

**Original Offense:** Distribution and Possession with Intent to Distribute less than 100 grams of Heroin, 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(C)[Information Case No. 07-225]
Possession with intent to Distribute 100 grams or more of Heroin, 21U.S.C. §§ 841 (A)(1) & 841(1)(B)(I) [Indictment Case No. 04-151]

**Original Sentence:** 70 months imprisonment (amended to 36 months imprisonment); 5 years supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** July 2, 2007

**Assistant U.S. Attorney:** Troy Rivetti, 700 Grant Street, Pittsburgh, Pennsylvania 15219 412-894-7410

**Defense Attorney:** Martin Dietz, AFPD, 3600 Grant Building, Pittsburgh, PA 15219 412-261-5520

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|   | On January 26, 2010, the offender tested positive for using heroin. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On February 11, 2009, the offender was arrested by officers from the Hunterdon |

PROB 12C - Page 2
William Troy Mayes

County Prosecutor's Office and charged with Conspiracy to Distribute Heroin, Possession with Intent to distribute Heroin, and Possession of Heroin.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 2/25/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 4/26/2010 @ 11:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/2/2010
_____
Date