```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. 09-272 |
| WILLIAM TROY MAYES | : | <u>JUDGMENT AND ORDER</u> |

A summons charging the defendant with violation of the terms of his supervised release, contrary to Title 18, United States Code, Section 3583, having been filed on or about April 26, 2010; and the defendant, represented by Donald McCauley, Assistant Federal Public Defender, having appeared for a violation hearing before the Court on July 15, 2010; and the defendant having entered a knowing and voluntary guilty plea to Count 2 of the summons, a Grade A violation; and the parties having requested that the Court proceed immediately to sentencing for the violation; and the Government having moved for dismissal of Counts 1 and 3 of the summons; and for good cause having been shown:

IT IS on this 15th day of July, 2010,

ORDERED that the Court's June 29, 2010 Adjournment Order is vacated;

ORDERED that Counts 1 and 3 of the April 26, 2010 summons are dismissed;

ORDERED that the defendant is adjudged guilty of Count 2 of the summons;

ORDERED that defendant's supervised release is revoked;

ORDERED that the defendant is sentenced to 24 months imprisonment for violation of Count 2;

ORDERED that the defendant shall be remanded to the custody of the Bureau of Prisons to serve his sentence; and

ORDERED that, upon satisfaction of his sentence, the defendant's supervision by the United States Probation Office shall terminate.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge